# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address

Jarrett Perlow, Chief Deputy

May 16, 2012

Douglas C. Palmer, Clerk of Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Our Case No.  12-2408 JKS
Your Case No. M11-559
United States of America vs. Semyon Vayner

Dear Clerk:

Enclosed please find the following documents:

1. Rule 5 documents received from USDC Eastern District of New York
2. Criminal Memo - Initial Appearance
3. Order Setting Conditions of Release
4. Entry of Appearance
5. Receipt for Surrender of Passport
6. Order to Record Agreement to Forfeit Property

Please acknowledge receipt and return to the undersigned.

If you should have any questions, please do not hesitate to contact the undersigned at 301-344-3108.

Sincerely,

Jessica Cubas,
Deputy Clerk

Received on _____ by _____

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

CLOSED

# U.S. District Court
## District of Maryland (Greenbelt)
## CRIMINAL DOCKET FOR CASE #: 8:12-mj-02408-JKS All Defendants *SEALED*
## Internal Use Only

Case title: USA v. Vayner                            Date Filed: 05/14/2012
Other court case number: M 11-559 USDC Eastern District   Date Terminated: 05/16/2012
of New York

---

Assigned to: Magistrate Judge Jillyn K
Schulze

### Defendant (1)

**Semyon Vayner**                    represented by  **Paul Francis Kemp**
*TERMINATED: 05/16/2012*                             Ethridge Quinn Kemp McAuliffe
                                                     Rowan and Hartinger
                                                     33 Wood Ln
                                                     Rockville, MD 20850
                                                     13017621696
                                                     Fax: 13017627691
                                                     Email: pfk@eqkmrh.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     Designation: Retained

**Pending Counts**                   **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                       **Disposition**
None

---

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2012 | 1 | Rule 5(c)(3) Documents Received from the United States District Court Eastern District of New York as to Semyon Vayner (jcs, Deputy Clerk) (Entered: 05/15/2012) |
| 05/14/2012 | 🔒 2 | Initial Appearance in Rule 5(c)(3) Proceedings as to Semyon Vayner held on 5/14/2012 before Magistrate Judge Jillyn K Schulze. (Cubas - 3A) (jcs, Deputy Clerk) (Entered: 05/16/2012) |
| 05/14/2012 | 3 | ORDER Setting Conditions of Release as to Semyon Vayner. Signed by Magistrate Judge Jillyn K Schulze on 05/14/2012. (jcs, Deputy Clerk) (Entered: 05/16/2012) |
| 05/14/2012 | 4 | NOTICE OF ATTORNEY APPEARANCE: Paul Francis Kemp appearing for Semyon Vayner (jcs, Deputy Clerk) (Entered: 05/16/2012) |
| 05/14/2012 | 5 | Receipt for Surrender of Passport as to Semyon Vayner (jcs, Deputy Clerk) (Entered: 05/16/2012) |
| 05/16/2012 | 🔒 6 | Receipt of Agreement to Forfeit Property as to Semyon Vayner (Attachments: # 1 Attachements)(jcs, Deputy Clerk) (Entered: 05/16/2012) |
| 05/16/2012 | 🔒 | (Court only) ***Case Terminated as to Semyon Vayner, ***Terminated defendant Semyon Vayner, pending deadlines, and motions. (jcs, Deputy Clerk) (Entered: 05/16/2012) |

Case 1:11-mj-00559-MDG   Document 18   Filed 05/11/12   Page 4 of 17 PageID #: 34

SCANNED

_____ FILED      _____ ENTERED
_____ LOGGED   _____ RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MAY 1 4 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**UNITED STATES OF AMERICA**

\*

**vs.**                              Case No.   **12-2408 JKS**

\*

Semyon Vayner

\*

\*\*\*\*\*\*

## ORDER TO RECORD AGREEMENT TO FORFEIT PROPERTY

IT IS ORDERED by the United States District Court for the District of Maryland, this

day of ___May 15, 2012___ , that the Defendant/Surety/Counsel is hereby directed to record the

original of the attached Agreement to Forfeit Property to secure performance of a bail bond in

the land records of <u>Montgomery</u> County, Maryland on or before the ___18th___ day of <u>May</u>

<u>2012</u> , and return the receipt for said recordation to the Clerk of the Court within 48 hours.


_____
Jillyn K. Schulze
United States Magistrate Judge



AO 98 (Rev. 01/09; MD Rev 6/09) Defendant's Appearance Bond

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 12-2408 JKS |
| Semyon Vayner | ) |
| *Defendant* | ) |

### DEFENDANT'S APPEARANCE BOND AND AGREEMENT TO FORFEIT PROPERTY

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it):*

**11100 Welland Street, North Potomac MD 20878   -   $100,000.00 in equity**

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Tax ID: 337/314

AO 98 (Rev. 01/09; MD Rev 6/09) Defendant's Appearance Bond

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: May 15, 2012

_Defendant's signature_

City and state: Greenbelt MD

TAMARA VAYNER
_Property owner's printed name_

_Property owner's signature_

SEMYON VAYNER
_Property owner's printed name_

_Property owner's signature_

_Property owner's printed name_

_Property owner's signature_

Sworn and signed before me.

CLERK OF THE COURT

Date: May 15, 2012

_Signature of Clerk or Deputy Clerk_

Approved.

Date: May 15, 2012

_Judge's signature_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

         vs.

Semyon Vayner

\*

\*

\*

Case No.   **12-2408 JKS**

FILED
LORETTA E. KNIGHT
CLERK'S OFFICE
MONTGOMERY CO. MD
2012 MAY 15  A 10: 52

\* \* \* \* \* \*

## ORDER TO RECORD AGREEMENT TO FORFEIT PROPERTY

IT IS ORDERED by the United States District Court for the District of Maryland, this

day of __May 15, 2012__ , that the Defendant/Surety/Counsel is hereby directed to record the

original of the attached Agreement to Forfeit Property to secure performance of a bail bond in

the land records of __Montgomery__ County, Maryland on or before the ___18th___ day of _May_

_2012_ , and return the receipt for said recordation to the Clerk of the Court within 48 hours.

Jillyn K. Schulze
United States Magistrate Judge


NO FEE

U.S. District Court (4/2000) Criminal Magistrate Forms: Property

38849    448

AFTER RECORDING MAIL TO:
    Jonathan Bromberg, Esquire
    401 N. Washington Street
    Suite 500
    Rockville, Maryland 20850

CASE #: RS10544                                    PARCEL ID# 06-46-03371314

# THIS   DEED
( NO CONSIDERATION )

**MADE** this 5 day of February, 2010, by and between, **SEMYON VAYNER** and **TAMARA VAYNER**, GRANTORS  and **SEMYON VAYNER** and **TAMARA VAYNER**, as husband and wife, Tenants by the Entirety, GRANTEES:

    THIS DEED IS TO CHANGE TENANCY ONLY AS THE GRANTOR AND GRANTEE PERSONS ARE IDENTICAL.

**WITNESSETH**, that for no consideration the said GRANTORS, do grant and convey unto **SEMYON VAYNER** and **TAMARA VAYNER,** as husband and wife, *Tenants by the Entirety*, GRANTEES, their heirs and assigns, in fee simple all that piece or parcel of land situate, lying and being in Montgomery County, Maryland, described as follows to wit:

    Lot 4, in Block D, in the subdivision known as BIG PINES VILLAGE, as per Plat Book NONE at Plat No. 22142 among the Land Records of Montgomery County, Maryland.

Property Address: 11100 Welland Street, North Potomac, MD 20878

**BEING** the same property described in Liber 25300, folio 319.

**TOGETHER** with the buildings and improvements thereupon erected, made or being, and all and every, the right, alleys, ways, privileges, appurtenances and advantages to the same belonging or in anywise appertaining.

**AND** the said GRANTORS covenant that they will warrant specially the property hereby conveyed; and will execute such further assurances of said land as may be requisite.

**AND** the said GRANTORS  further state, under the penalties of perjury, that this is a transfer between spouses for estate planning purposes to change name and tenancy only with no consideration being paid and, as such, is an exempt from transfer taxes.

IMP FD SURE          20.00
RECORDING FEE        20.00
TOTAL                40.00
Rcs# M006    Rcpt # 56221
LEK      CA    Blk # 3243
Feb 18, 2010       12:21 PM

MONTGOMERY CO MD
CLERK'S OFFICE
LORETTA E. KNIGHT
FILED

2010 FEB 18  P 12: 24



38849      449

**WITNESS** my hand and seal.

TEST:

_____          _____  (SEAL)
                                          Semyon Vayner

_____          _____  (SEAL)
                                          Tamara Vayner

STATE OF _MARYLAND_         )
                           ) To Wit:
COUNTY OF _Montgomery_      )

On this ___8th___ day of ___February___ , 2010, before me, the undersigned officer, personally appeared **Semyon Vayner** and **Tamara Vayner**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

JONATHAN BROMBERG
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES 12/04/2011

THIS IS TO CERTIFY that the foregoing instrument was prepared by or under the supervision of the undersigned, an attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Jonathan Bromberg

Certified By: Tan, Andrew

## State of Maryland Land Instrument Intake Sheet
Information provided is for the use of the Clerk's Office.
State Department of Assessments and Taxation, and County Finance Office Only.

Approved on: 2/16/2010
10:48:41 AM

| 1. Type(s) of Instruments | [X] Deed | [ ] Mortgage | [ ] Other |
| | [ ] Deed of Trust | [ ] Lease | [ ] Other |
| 2. Conveyance Type | [ ] Arms Length | [ X ] Not Arms Length | Non-spousal/Others |
| | [ X ] Not a farm | [ ] Farm within five years | |

| 3. Tax Exemption (if Applicable) Cite or Explain Authority | Recordation | | |
| | State Transfer | | |
| | County Transfer | | |

| 4. Consideration and Tax Calculation | Consideration Amount | | Finance Office Use Only |
| | Purchase Price/Consideration | $ 0.00 | Transfer Tax Consideration | $ 0.00 |
| | Any New Mortgage | $ 0.00 | X ( ) % | $ 0.00 |
| | Balance of Existing Mortgage | $ 0.00 | Less Exemption Amount | |
| | Other 1 | $ 0.00 | Total Transfer Tax | $ 0.00 |
| | Other 2 | $ 0.00 | Recordation Tax Consideration | $ 0.00 |
| | Full Cash Value | $ | X ( per $500) | $ 0.00 |
| | | | TOTAL DUE | $ 0.00 |

| 5. Fees | Amount of Fees | Doc.1 | Doc.2 | |
| | Recording Charge | $ 20.00 | $ 0.00 | Agent: |
| | Surcharge | $ 20.00 | $ 0.00 | Tan, Andrew |
| | State Recordation Tax | $ 0.00 | $ 0.00 | Tax Bill: |
| | County Transfer Tax | $ 0.00 | $ 0.00 | 05) No |
| | State Transfer Tax | $ 0.00 | $ 0.00 | C.B. Credit |
| | Other 1 | $ 0.00 | $ 0.00 | Ag. |
| | Other 2 | $ 0.00 | $ 0.00 | Ag. Tax/Other |

| 6. Description of Property SDAT requires submission of all application information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i) | District | Property Tax ID No.(1) | | Grantor Liber/Folio |
| | 06 | 03371314 | | 25300/0319 |
| | Map | | Parcel No. | Var. LOG |
| | | | | [ ] |
| | Subdivision Name | | Lot(s) | Block (3b) |
| | 046-BIG PINES VILLAGE | 4 | 0 | |
| | Sect/AR (3c) | | Plat Ref. | SqFt/Acreage(4) |
| | | | | 13,430 |
| | Location/Address of Property being Conveyed(2) | | | |
| | 11100 WELLAND ST, N POTOMAC, MD 20878-4863 | | | |
| | Other Property Identifiers (if applicable) | | Water Meter Account Number |
| | | | |
| | Residential [ X ]  Non-Residential [ ] | Fee Simple [ ]  Ground Rent [ ]  None [ ] | Amount $ 0.00 |
| | Partial Conveyance ? | | [ ] Yes  [ X ] No |
| | If Partial Conveyance, List Improvements Conveyed: | | |
| | Description/Amount of SqFt/Acreage Transferred: | | |

| 7. Transferred From | Doc. 1 - Grantor(s) Name(s) | Doc. 2 - Grantor(s) Name(s) |
| | VAYNER, SEMYON AND TAMARA | |
| | Doc. 1 - Owner(s) of Record, if Different from Grantor(s) | Doc. 2 - Owner(s) of Record, if Different from Grantor(s) |

| 8. Transferred To | Doc. 1 - Grantee(s) Name(s) | Doc. 2 - Grantee(s) Name(s) |
| | VAYNER, SEMYON AND TAMARA | |
| | New Owner's (Grantee) Mailing Address - for Deed of Trust (Mailing Address) | |
| | 11100 WELLAND ST, N POTOMAC, MD 20878-4863 | |

| 9. Other Names to be Indexed | Doc. 1 - Additional Names to be Indexed (Optional) | Doc. 2 - Additional Names to be Indexed (Optional) |

| 10. Contact/Mail Information | Instrument Submitted By or Contact Person | | |
| | Name : | Lenore Bromberg | |
| | Firm : | Bromberg Rosenthal LLP | |
| | Address : | 401 N. Washington Street Suite 500 Rockville, MD - 20850 | |
| | Telephone : | (301)251-6200 | |
| | Hold for Pick up [ X ]   Return to Address Provided [ ]   Return to Contact Person [ ] | | |

| 11. Assessment Information | IMPORTANT: BOTH the Original Deed and a Photocopy must accompany each transfer | | |
| | Will the property being conveyed be the grantee's/grantor's (for Deed of Trust) principal residence ? | [ X ] Yes  [ ] No |
| | Does transfer include personal property ? | [ ] Yes  [ X ] No |
| | If yes, identify: | |
| | Was property surveyed ? If yes, attach copy of survey(if recorded, no copy is required) | [ ] Yes  [ X ] No |
| | Remark: CHANGE OF TENANCY | |
| | Case Number or File Number: R330644 VAYNER | |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

May 16, 2012

## RECEIPT FOR SURRENDER OF PASSPORT

USA v. Semyon Vayner
8:12−mj−02408−JKS *SEALED*

Received this 14th day of May, 2012 from Semyon Vayner, one passport ending with 2486 issued by the country of United States of America which is being surrendered to the Court as a special condition of the defendant's release. This passport is to be held in the custody of the Court until further ordered. Following the termination of these proceedings, the Clerk will order the destruction of any passport in custody beyond twenty years from date of issuance of the passport.

Very truly yours,

_____ /s/ _____

Felicia C. Cannon
Clerk, U.S. District Court
District of Maryland
prepared by: Jessica Cubas

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410−962−2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301−344−0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SCANNED

UNITED STATES OF AMERICA     *

    vs.     *

*Semyon Vayner*     *

         *******

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Case No. 12-24-08 JKS

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

     Enter my appearance as counsel in this case for the defendant, *Semyon Vayner*

I certify that:  [check and complete one that applies]

 ✓  I am admitted to practice in this Court, and my bar number is _1260_.

_____ I am a member in good standing of the bar of the highest court of _Maryland + DC_

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the

Federal Rules of Appellate Procedure and the Local Rules of this Court.

_5-14-12_
Date

_____
Firm Name

_33 WOOD LANE_
Address

_ROCKVILLE, MD 20850_
City/State/Zip

_Paul F. Kemp_
Signature of Counsel

_PAUL F. KEMP_
Print Name

_301-762-1696_
Phone No.

_____
Fax No.

_PFK@EQKMRH.com_
Email Address

** **NOTE:** Appearance of counsel may be withdrawn only with leave of Court.  *See* Local Rule
      201.3.  Such leave is liberally granted if sought within 10 days of the defendant's initial
      appearance in this Court.

U.S. District Court (3/2008) Criminal Magistrate Forms: Counsel 501



# UNITED STATES DISTRICT COURT SCANNED

for the
District of Maryland

FILED ——  —— ENTERED
LOGGED ——  —— RECEIVED

MAY 1 4 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ____ DEPUTY

United States of America )
v. )
) Case No. 12-2408 JKS
Semyon Vayner )
_____ )
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant's residence must be approved by the U.S. Pretrial Services Officer (USPTO) supervising the defendant's release and the defendant must advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)*  USDC Eastern District of New York
*Place*
225 Cadman Plaza East
Brooklyn, NY 11201-1818  on   May 22nd , 2012   10 am
*Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

☑ (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

☐ (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of

_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

### ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community,

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (7) The defendant is placed in the custody of (name of person or organization): _____
at an address approved by the Pretrial Services Office.
The defendant must not change that address without advance approval by the Pretrial Services Office who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____  _____  _____
Custodian or Proxy       Date       Tel. No (only if above is an organization)

3

☒ (8)     The defendant must:

☐     (a)   report to the _____

        telephone number _____ , no later than _____

☑     (b)   report on a regular basis to the supervising officer. The defendant shall promptly obey all reasonable directions and instructions of the supervising officer.

☑     (c)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

        $100,000.00 – Gaithersburg MD

☐     (d)   post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum

☐     (e)   execute a bail bond with solvent sureties in the amount of $ _____ .

☐     (f)   maintain or actively seek employment as approved by the U.S. Pretrial Services Officer.

☐     (g)   maintain or commence an education program.

☑     (h)   surrender any passport to: Clerk's office COB 05/15/2012

☑     (i)   obtain no passport. \travel documents\

☑     (j)   abide by the following restrictions on personal association, place of abode, or travel:

        travel restricted to Maryland and Washington, D.C. Metropolitan area, and Eastern District of New York for Court appearances, unless approved in advance by Pretrial Service

☑     (k)   avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:

☐     (l)   undergo medical or psychiatric treatment: _____

☐     (m) abide by a curfew from _____ to _____

☐     (n)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

☐     (o)   refrain from possessing a firearm, destructive device, or other dangerous weapons.

☐     (p)   refrain from ☐ any ☐ excessive use of alcohol.

☐     (q)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☐     (r)   submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

☐     (s)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

☐     (t)   submit to a location monitoring program

        ☐    (i)   as directed by the supervising officer; or

        ☐    (ii) restricted to the residence except for employment, education, religious services, medical purposes, substance abuse testing/treatment, mental health treatment, attorney visits, court appearances, or other court ordered obligations; or

        ☐    (iii) restricted to the residence except for medical purposes, court appearances, or other activities specifically approved by the court.

☐     (u)   Refrain from the use of computer systems, Internet-capable devices and/or similar electronic devices at any location (including employment or educational program) without the prior written approval of the U.S. Probation or Pretrial Services Officer. The defendant shall cooperate with the U.S. Probation and Pretrial Services Office monitoring of compliance with this condition. Cooperation shall include, but not be limited to, participating in a Computer & Internet Monitoring Program, identifying computer systems, Internet-capable devices and/or similar electronic devices the defendant has access to, allowing the installation of monitoring software/hardware at the defendant's expense, and permitting random, unannounced examinations of computer systems, Internet-capable devices and similar electronic devices under the defendant's control.

☑     (v)   Reside at approved address and do not move unless approved in advance by Pretrial Service

☐     (w) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more - you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years - you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Gaithersburg                    MD
_____
*City and State*

### Directions to the United States Marshal

☑ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    May 14, 2012          _____
                                *Judicial Officer's Signature*

                          _____
                          Jillyn K. Schulze, United States Magistrate Judge
                                *Printed name and title*

Case 8:12-mj-02408-JKS *SEALED*  Document 2 (Court only)  Filed 05/14/12  Page 1 of 1

# MAGISTRATE JUDGE CRIMINAL MINUTES

**DATE:**    May 14, 2012    **JUDGE:**   Jillyn K. Schulze    COURTROOM: 3A

**TIME:**    3:30pm-3:45pm    **INTERPRETER:**  None

**AUSA:**    LisaMarie Freitas    **DFDT ATTORNEY:** Paul Kemp

**UNITED STATES OF AMERICA v.**  Semyon Vayner

**CASE NO.**    12-2408 JKS    **NO. OF COUNTS:**  No. of Counts.

**DFDT'S AGE:**  DFDT'S Age.    **YEAR OF BIRTH:**  Year of Birth.

☒ **Initial Appearance**        ☒ **Defendant to Retain Counsel**
☐ Arraignment                 ☐ Violation Notice
☒ **Rule 5(c)(3) Hearing**       ☐ Indictment
☐ Sentencing                 ☐ Superseding Indictment
☐ Bail Review/Revocation Hearing   ☐ Information
☐ Violation of Probation         ☒ **Complaint**
☐ Violation of Supervised Release   ☐ Preliminary Hearing: _____
☐ Detention Hearing           ☐ Preliminary Hearing WAIVED

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____
☒ **Defendant advised of rights to silence and counsel**
☐ Defendant temporarily detained pending detention hearing on ___/___/___ @ _____
☐ Defendant detained by agreement
☐ Defendant ordered detained after detention hearing
☐ FPD / CJA appointed as counsel
☐ Waiver of Rule 5(c)(3) Hearings
☐ Commitment To Another District
☒ **Order Setting Conditions of Release w/conditions**
☐ Medical Order for Treatment of Detainee entered
☐ Counsel advised to call or go to chambers for dates / given dates in court
Remarks _____

_____
_____ Days for Motions.  Motions to be filed by _____
☐ Trial-Bench/Jury _____ day(s) / week(s).  Trial week of_____
☒ **Pre-trial**/Probation Officer _____**Stephanie D'Amato**_____
☐ Temporary Order of Detention to U.S. Marshal
☒ **Minute entries docketed.**      **Deputy Clerk:  Jessica Cubas**



# SCANNED

FILED _____ ENTERED _____
LOGGED _____ RECEIVED _____

# UNITED STATES DISTRICT COURT MAY 14 2012

**EASTERN** DISTRICT OF _____ **NEW YORK** AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**UNITED STATES OF AMERICA**

v.

SEMYON VAYNER otherwise known as
"Sam Vayner" and "Semen,"

**WARRANT FOR ARREST**

## M11-559

CASE NUMBER:

**DEFENDANT.**

TO: Special Agent Komaal Collie _____ , and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest Semyon Vayner _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☑ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

### Impersonating a Diplomat

In violation of Title     18        United States Code, Section(s) 915

The Hon. Marilyn D. Go _____

Name of Issuing Officer

USMJ, Eastern District of New York

Title of Issuing Officer

_____ (Signature of Issuing Officer)

May 27, 2011   Brooklyn, N.Y.

Date and Location

Bail fixed at $ _____                By _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

